Form DOC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | Stephen Thorn<br>aka Stephen James Thorn<br>aka Stephen J Thorn<br>aka Stephen J Collier<br>Debtor(s) | Case No.: 12−57189 HLB 13<br><br>Chapter: 13 |
|---|---|---|

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 11/4/15 dismissing the above−captioned case.

Dated: 11/5/15

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 61