```
                          United States Bankruptcy Court
                          Northern District of California
In re:                                                               Case No. 12-57189-HLB
Stephen Thorn                                                        Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0971-5          User: admin                  Page 1 of 2                  Date Rcvd: Nov 06, 2015
                              Form ID: DOC                 Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2015.
db             +Stephen Thorn,    17522 Sugarmill Rd,    Salinas, CA 93908-1434
smg           ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
                 SACRAMENTO CA 94279-0029
               (address filed with court:  State Board of Equalization,
                 Attn: Special Procedures Section, MIC:55,    P.O. Box 942879,    Sacramento, CA  94279)
cr              ECMC,   P.O. Box 16408,   St. Paul, MN  55116-0408
cr             +JPMorgan Chase Bank, N.A.,    c/o Timothy J. Silverman,
                 Solomon, Grindle, Silverman & Wintringer,    12651 High Bluff Drive, Suite 250,
                 San Diego, CA 92130-2094
12899204       +200Cash.com Inc,    110 W. 9th Street,    Wilmington, DE 19801-1618
12899206       +Accounts Receivables Management Inc,    P.O. Box 129,    Thorofare, NJ 08086-0129
12899208       +Acs/clc College Loan C,    501 Bleecker St,    Utica, NY 13501-2401
12899209       +Aes/suntrust Bank,    Pob 2461,    Harrisburg, PA 17105-2461
12899214       +AlliedInterstate inc,    P.O. Box 361317,    Columbus, OH 43236-1317
13100605       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
12899219        California State Board of Equalization,    Account Reference Group, MIC:29,    PO Box 942879,
                 Sacramento, CA 94279-0029
12899223       +Chase Auto,    Po Box 15298,    Wilmington, DE 19850-5298
13922320        Educational Credit Management Corp.,    PO Box 16408,    St. Paul, MN 55116-0408
12899234       +Law Offices of Mitchell N. Kay, P.C.,    7 Penn Plaza,    New York, NY 10001-3967
12899237       +Monterey County,    Po Box 2059,    Salinas, CA 93902-2059
12899236       +Monterey County,    c/o March Thorn,    Po Box 2059,    Salinas, CA 93902-2059
12967999        NFSLW-1,    ECMC,   P.O. Box 75906,    St. Paul, MN 55175
12899239       +Northland Group Inc,    P.O. Box 390846,    Minneapolis, MN 55439-0846
12899240      ++PACIFIC CREDIT SERVICES,    PO BOX 339,    WATSONVILLE CA 95077-0339
               (address filed with court:  Pacific Credit Service,    1111 Willow St Fl 2,    San Jose, CA 95125)
12899246       +Torres Credit Srv,    27 Fairview,    Carlisle, PA 17015-3200
13103953        UNION BANK, NA/ATTN: G. CALICA,    P.O. BOX 85443, M-711,    SAN DIEGO, CA 92186-5443
12899247       +Vantage Eye Center,    622 Abbott St,    Salinas, CA 93901-4315
12899248       +Ventus Capital Services, LP,    P.O. Box 145,    Buffalo, NY 14220-0145
12899249       +Wm Finance,    8900 Grand Oak Cir,    Tampa, FL 33637-1022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             EDI: EDD.COM Nov 07 2015 01:23:00      CA Employment Development Dept.,
                 Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Nov 07 2015 01:23:00      CA Franchise Tax Board,    Attn: Special Procedures,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
smg             EDI: IRS.COM Nov 07 2015 01:23:00      IRS,   P.O. Box 7346,    Philadelphia, PA  19101-7346
12899213       +EDI: AFNIRECOVERY.COM Nov 07 2015 01:23:00      Afni, Inc,   P.O. Box 3517,
                 Bloomington, IL 61702-3517
12899216       +EDI: CCS.COM Nov 07 2015 01:23:00      C.C.S.,   Payment Processing Center-27,    P.O. Box 55126,
                 Boston, MA 02205-5126
12899220        E-mail/Text: bankruptcy@cashcall.com Nov 07 2015 01:36:51      CashCall,   P.O. Box 66007,
                 Anaheim, CA 92816
12899221        E-mail/Text: bankruptcy@cashcall.com Nov 07 2015 01:36:51      Cashcall Inc,
                 1600 S Douglass Rd,    Anaheim, CA 92806
12935373       +E-mail/Text: bncmail@w-legal.com Nov 07 2015 01:36:26      CASHCALL, INC.,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVE., STE. 400,    SEATTLE, WA 98121-3132
13066693       +EDI: JEFFERSONCAP.COM Nov 07 2015 01:23:00      COLLECTO US ASSET MANAGEMNT, INC.,
                 c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
12934929        EDI: CBSAAFES.COM Nov 07 2015 01:23:00      AAFES/MIL STAR/EXCHANGE,
                 c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374
12899205        EDI: CBSAAFES.COM Nov 07 2015 01:23:00      AAFES,   P.O. Box 660202,    Dallas, TX 75266
12899222       +E-mail/Text: linda@centcoastfcu.com Nov 07 2015 01:36:18      Central Coast Fed Cred,
                 4242 Gigling Rd,    Seaside, CA 93955-6300
12899224       +EDI: CHASE.COM Nov 07 2015 01:23:00      Chase Bank Usa, Na,    Po Box 15298,
                 Wilmington, DE 19850-5298
12899225       +EDI: CONVERGENT.COM Nov 07 2015 01:23:00      Convergent Outsourcing,    800 Sw 39th St,
                 Renton, WA 98057-4975
12899226       +EDI: CCS.COM Nov 07 2015 01:23:00      Credit Coll,    Po Box 9133,    Needham, MA 02494-9133
12899227       +EDI: CCS.COM Nov 07 2015 01:23:00      Credit Coll,    Po Box 9134,    Needham, MA 02494-9134
12899228       +E-mail/Text: reece@e-ccsinc.com Nov 07 2015 01:36:38      Credit Consulting Svc,    Po Box 5879,
                 Salinas, CA 93915-5879
12899229       +EDI: CMIGROUP.COM Nov 07 2015 01:24:00      Credit Management Lp,    4200 International Pkwy,
                 Carrollton, TX 75007-1912
12899230        EDI: DIRECTV.COM Nov 07 2015 01:23:00      DIRECTV,   P.O. Box 78626,    Phoenix, AZ 85062
12899231       +EDI: ESCALLATE.COM Nov 07 2015 01:23:00      Escallate Llc,    5200 Stoneham Rd,
                 North Canton, OH 44720-1584
12984767        E-mail/Text: bknotice@crgofusa.com Nov 07 2015 01:36:43
                 InSolve Recovery, LLC, c/o Capital Recovery Group,,    Dept 3203,    PO BOX 123203,
                 DALLAS, TX 75312-3203
12913113       +EDI: CHASE.COM Nov 07 2015 01:23:00      JPMorgan Chase Bank, N.A.,    201 N CENTRAL AVE,
                 PHOENIX, AZ 85004-0905
```

```
District/off: 0971-5           User: admin                Page 2 of 2                   Date Rcvd: Nov 06, 2015
                               Form ID: DOC               Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13093436          EDI: RESURGENT.COM Nov 07 2015 01:23:00      LVNV Funding, LLC its successors and assigns as,
                   assignee of North Star Capital,   Acquisition LLC,   Resurgent Capital Services,
                   PO Box 10587,    Greenville, SC 29603-0587
13084619          EDI: RESURGENT.COM Nov 07 2015 01:23:00      LVNV Funding, LLC its successors and assigns as,
                   assignee of CVF Consumer Acquisition,   Company,   Resurgent Capital Services,   PO Box 10587,
                   Greenville, SC 29603-0587
12899241         +E-mail/Text: bankruptcy@risecredit.com Nov 07 2015 01:36:02      Payday One,
                   2207 Concord Pike #604,    Wilmington, DE 19803-2908
12899242         +EDI: CHASE.COM Nov 07 2015 01:23:00      Providian Processing Service,   P.O. Box 660548,
                   Dallas, TX 75266-0548
12899243         +EDI: SWCR.COM Nov 07 2015 01:23:00      Southwest Credit,    4120 International Pkwy Ste. 1100,
                   Carrollton, TX 75007-1958
12899243         +E-mail/Text: bankruptcy@sw-credit.com Nov 07 2015 01:36:23      Southwest Credit,
                   4120 International Pkwy Ste. 1100,    Carrollton, TX 75007-1958
12899244         +EDI: CALTAX.COM Nov 07 2015 01:23:00      State of Calif,   Franchise Tax Board,
                   P.O. Box 942867,   Sacramento, CA 94267-0001
                                                                                             TOTAL: 29

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12899207*        +Accounts Receivables Management Inc,   P.O. Box 129,    Thorofare, NJ 08086-0129
12899210*        +Aes/suntrust Bank,    Pob 2461,   Harrisburg, PA 17105-2461
12899211*        +Aes/suntrust Bank,    Pob 2461,   Harrisburg, PA 17105-2461
12899212*        +Aes/suntrust Bank,    Pob 2461,   Harrisburg, PA 17105-2461
12899217*        +C.C.S.,    Payment Processing Center-27,   P.O. Box 55126,    Boston, MA 02205-5126
12899218*        +C.C.S.,    Payment Processing Center-27,   P.O. Box 55126,    Boston, MA 02205-5126
12899232*        +Escallate Llc,    5200 Stoneham Rd,   North Canton, OH 44720-1584
12899233*       ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,   Centralized Insolvency Operations,
                   P O Box 21126,    Philadelphia, PA 19114-0326)
12923524*         Internal Revenue Service,   P O Box 7346,   Philadelphia, P A 19101-7346
12925309*         Internal Revenue Service,   P.O. Box 7317,   Philadelphia, PA 19101-7317
12899238*        +Monterey County,   Po Box 2059,   Salinas, CA 93902-2059
12899215        ##+Bay Area Credit Service LLc,    97 E Brokaw Rd., Suite #240,    San Jose, CA 95112-4209
12899235        ##+Monterey Bay Collection Agency, Inc,   P.O. Box 745,    Seaside, CA 93955-0745
12899245        ##+The Best Service Company,    10780 Santa Monica Blvd Ste 140,    Los Angeles, CA 90025-7613
12899250        ##+WorldNet Recovery Systems, LLC,    1527 19th Street Ste. 208,    Bakersfield, CA 93301-4455
                                                                                   TOTALS: 0, * 11, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2015 at the address(es) listed below:
              Devin Derham-Burk    ctdocs@ch13sj.com
              Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov,  ltroxas@hotmail.com
              Ralph P. Guenther    on behalf of Debtor Stephen   Thorn courts@tkdougherty.com,
               angelal@montereylaw.com
              Timothy J. Silverman    on behalf of Creditor   JPMorgan Chase Bank, N.A. tim@sgsslaw.com
                                                                                             TOTAL: 4
```

Form DOC

# UNITED STATES BANKRUPTCY COURT
### Northern District of California

| In Re: | Stephen Thorn<br>aka Stephen James Thorn<br>aka Stephen J Thorn<br>aka Stephen J Collier<br>Debtor(s) | Case No.: 12−57189 HLB 13<br>Chapter: 13 |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 11/4/15 dismissing the above−captioned case.

Dated: 11/5/15

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 61